UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PAUL MAIOCCO,<br><br>    Plaintiff,<br><br>vs.<br><br>ECONOMY PREFERRED INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | Case No. 2:24-cv-00665<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' stipulation (Dkt. No. 10), IT IS HEREBY ORDERED that all claims of Plaintiff against Defendants in the above-entitled matter are dismissed with prejudice and without attorney's fees or costs to any party.

The Clerk is instructed to close the case.

DATED this 18th day of July, 2024.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1